_____

No. 96-1281
_____

Claudette Carr; Charles A.          *
Dearborn,                           *
                                    *
          Appellants,               *
                                    *   Appeal from the United States
     v.                             *   District Court for the
                                    *   Northern District of Iowa.
Woodbury County Juvenile            *       [UNPUBLISHED]
Detention Center; Woodbury          *
County, a Municipality and          *
Governmental Agency,                *
                                    *
          Appellees.                *


_____

          Submitted:  August 22, 1996

            Filed:  September 3, 1996
_____

Before FAGG, WOLLMAN, and MURPHY, Circuit Judges.
_____

PER CURIAM.

     Claudette Carr and Charles Dearborn appeal the district court's[1]
order denying their motion for a new trial in their employment
discrimination action.  Having carefully reviewed the record and the
parties' briefs, we conclude that no error of law appears and that an
extended opinion is unwarranted.

     Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

     [1]The Honorable Mark W. Bennett, United States District Judge
for the Northern District of Iowa.

Attest:

      CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.